# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: PRAIRIE STATE FURNITURE, INC. | § | Case No. 07-21147 |
| | § | |
| FURNITURE, ALL AMERICAN | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/24/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Ottawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: _08/10/2010_          By:  _/s/ Michael G. Berland_
                                            Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272


UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PRAIRIE STATE FURNITURE, INC.                §   Case No. 07-21147
                                                    §
      FURNITURE, ALL AMERICAN                  §
Debtor(s)_____§_____

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $_____20,418.06

*and approved disbursements of*                         $_____500.00

*leaving a balance on hand of* [1]                      $_____19,918.06

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

                N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. BERLAND | $_____2,791.81 | $_____ |
| *Attorney for trustee* | _____ | $_____ | $_____ |
| *Appraiser* | _____ | $_____ | $_____ |
| *Auctioneer* | _____ | $_____ | $_____ |
| *Accountant* | _____ | $_____ | $_____ |
| *Special Attorney for trustee* | _____ | $_____ | $_____ |
| *Charges,* | U.S. Bankruptcy Court | $_____ | $_____ |
| *Fees,* | United States Trustee | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

    [1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,356.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | US Bank Manifest Funding | $ 19,108.14 | $ 7,726.19 |
| 2 | Sandberg Furniture | $ 1,000.00 | $ 404.34 |
| 3 | DSA Factors | $ 2,900.00 | $ 1,172.59 |
| 4 | Berkline LLC | $ 1,263.86 | $ 511.03 |
| 5 | Waste Management | $ 584.16 | $ 236.20 |
| 6 | Sterling Sleep Products | $ 1,531.00 | $ 619.05 |
| 8 | B B & T Factors | $ 6,400.00 | $ 2,587.78 |
| 9 | American Express Bank FSB | $ 6,493.70 | $ 2,625.66 |
| 10 | Daily Southtown | $ 2,659.10 | $ 1,075.18 |
| 11 | Citibank (South Dakota), NA | $ 416.07 | $ 168.23 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:  /s/MICHAEL G. BERLAND

Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: rgreen           Page 1 of 2          Date Rcvd: Aug 10, 2010
Case: 07-21147              Form ID: pdf006        Total Noticed: 56


The following entities were noticed by first class mail on Aug 12, 2010.
db          +Prairie State Furniture, Inc.,   C/o Frank Donahue,   12840 Shawnee,
             Palos Heights, IL 60463-2031
aty         +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
tr          +Michael G Berland,   1 N LaSalle St,  No.1775,   Chicago, IL 60602-4065
11742081     Advantage by Lucky Star Ind.,   PO Box 1010,   Tupelo, MS 38802-1010
11742082    +Albany Industries,   504 N. Glenfield Road,   New Albany, MS 38652-2214
11742083   +++American Express Bank FSB,   POB 3001,   Malvern, PA 19355-0701
11742084     American Wholesale Furniture,   400 S. Franklin Rd.,   Indianapolis, IN 46219
11742085    +American Wholesale Furniture, Inc.,   11805 N. Pennsylvania Ave.,   Carmel, IN 46032-4555
11742086    +American Woodcrafters,   1060 E. Springfield Rd,   PO Box 5907,   High Point, NC 27262-5907
11742088    +B B & T Factors,   PO Box 310,   High Point, NC 27261-0310
11742089    +Balloons Unlimited,   PO Box 5097,   Naperville, IL 60567-5097
11742090     Bank of America,   Business Services,   PO Box 15184,   Wilmington, DE 19850-5184
11742091    +Berkline LLC,   One Berkline Drive,   Morristown, TN 37813-5747
11967713     Berkline/Benchcraft LLC,   FMCA,   PO Drawer 5929,   109 Rockspring Rd,
             High Point, NC 27262-2509
11742093    +Biehl & Biehl,   325 E. Fullerton Avenue,   Carol Stream, IL 60188-1865
11742092     Biehl & Biehl,   PO Box 87410,   Carol Stream, IL 60188-7410
11742097     CST Co., Inc.,   CST Building,   PO Box 33127,   Louisville, KY 40232-3127
11742095    +Capital One,   15000 Capital One Drive,   Richmond, VA 23238-1119
11742094     Capital One,   PO Box 30285,   Saint Louis, MO 63179-0217
12002631     Citibank (South Dakota), NA,   DBA: Home Depot,   P O Box 9025,   Des Moines, IA 50368
11742096     Collezione Europa USA,   145 Cedar Line,   Englewood, NJ 07631-4803
11742100    +DSA Factors,   PO Box 577520,   Chicago, IL 60657-7481
11742098    +Daily Southtown,   6901 W. 159th St.,   Tinley Park, IL 60477-1684
11742101    +E-Lease,   1450 Channel Parkway,   Marshall, MN 56258-4005
11742103    +First Equity Card,   PO Box 84075,   Columbus, GA 31908-4075
11742104    +First Hudson Leasing,   12600 Rockside Road,   Cleveland, OH 44125-4525
11742109    +General Furniture Design,   711 E. 59th Street,   Los Angeles, CA 90001-1003
11742111    +Great Escape,   389 Hazel,   Highland Park, IL 60035-3312
11742113    +Hinckley Springs,   4170 Tanner Creek Drive,   Flowery Branch, GA 30542-2839
11742114    +Hispanic Yellow Pages,   C/o Clovis & Roche, Inc.,   PO Box 1164,   Metairie, LA 70004-1164
11742115     Home Depot,   P.O. Box 6029,   The Lakes, NV 88901-6029
11742116    +Homeowner Data Service,   1270 Turner Road,   Suite C,   Lilburn, GA 30047-6782
11742117    +James M. Ostrowski,   1621 Theodore Street,   Joliet, IL 60435-1958
11742118    +Law Office of Dennis P. Porick,   63 W. Jefferson Street,   Suite 100,   Joliet, IL 60432-4337
11742120    +Mastercard Sysytems,   PO Box 670374,   Marietta, GA 30066-0123
11742121    +McCarthy Burgess & Wolfe,   The M B & W Building,   26000 Cannon Road,   Bedford, OH 44146-1807
11742122     Michaels & Company,   2828 Butler Avenue,   Lynwood, CA 90262-4006
11742123     Millennium Collections,   PO Box 6899,   Vero Beach, FL 32961-6899
11742124     Minolta Business Solutions,   PO Box 550599,   Jacksonville, FL 32255-0599
11742125    +Morris Daily Herald,   1804 Division Street,   Morris, IL 60450-3111
11742127    +NCO Financial Systems,   Dept. 300,   1804 Washington Blvd.,   Baltimore, MD 21230-1700
11742126    +Nationwide Furniture,   4536 W. Gladys,   Chicago, IL 60624-3022
11742128    +Orleans Furniture, Inc.,   PO Drawer 867,   Columbia, MS 39429-0867
11742129    +Provena St. Joseph Med. Ctr.,   333 North Madison Street,   Joliet, IL 60435-8233
11742130    +R.H. Donnelly,   1615 Bluff City Highway,   Bristol, TN 37620-6055
11742131    +Richmond North Assoc.,   4232 Ridge Lea Road,   Buffalo, NY 14226-1050
11742132    +Sandberg Furniture,   PO Box 58291,   Los Angeles, CA 90058-0291
11742134    +State Farm Insurance,   PO Box 2366,   Bloomington, IL 61702-2366
11742135    +Sterling Sleep Products,   6159 W. Dickens,   Chicago, IL 60639-5004
11742136    +Teller Levit & Silvertrust,   11 East Adams Street,   Chicago, IL 60603-6369
11742137     US Bancorp,   1450 Channel Parkway,   Ogilvie, MN 56358
11742138    +US Bank Manifest Funding,   1450 Channel Parkway,   Marshall, MN 56258-4005
11742139    +VeriCore,   10115 Kincey Avenue,   Suite 100,   Huntersville, NC 28078-6482
11742141    +WF Business Direct,   PO Box 348750,   Sacramento, CA 95834-8750
11742140     Waste Management,   PO Box 4648,   Carol Stream, IL 60197-4648

The following entities were noticed by electronic transmission on Aug 10, 2010.
11742105    +E-mail/Text: van@fmcainc.com                        FMCA,   PO Drawer 5929,
             109 Rockspring Road,   High Point, NC 27262-2509
                                                                            TOTAL: 1


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11742087   ##+Andrew Klausner, P.C.,   3530 Oracle Road,   Suite B-126,   Tucson, AZ 85705-3574
11742099   ##+Dennis Heine,   1521 Dearborn Street,   Joliet, IL 60435-2608
11742102   ##+Elegant Dinettes,   PO Box 1126,   2510 Alabama Avenue,   Haleyville, AL 35565-1126
11742106   ##+Frank Donahue,   12840 Shawnee Road,   Palos Heights, IL 60463-2031
11742107   ##+Frank Donahue,   12840 Shawnee,   Palos Heights, IL 60463-2031
11742108   ##+Frank Donahue,   12840 S. Shawnee Road,   Palos Heights, IL 60463-2031
11742110    ##Giftcraft, Inc.,   351 Lana Blvd.,   Grand Island, NY 14072-3123
11742112   ##+Herald News,   300 Caterpiller Drive,   Joliet, IL 60436-1047
11742119   ##+Liberty Furniture,   520 W. 169th Street,   South Holland, IL 60473-2715
11742133   ##+Seahawk Designs,   1495 Columbia Ave., Bldg. 5B,   Riverside, CA 92507-2074
11910771   ##+Waste Management,   2421 W. Peoria Ave Ste 110,   Phoenix, AZ 85029-4942
                                                            TOTALS: 0, * 0, ## 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: rgreen          Page 2 of 2          Date Rcvd: Aug 10, 2010
Case: 07-21147                Form ID: pdf006        Total Noticed: 56
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2010**                    **Signature:**      _Joseph Speetjens_