**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PRAIRIE STATE FURNITURE, INC. | § | Case No. 07-21147 |
|  | § | |
| FURNITURE, ALL AMERICAN | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $17,747.40              Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,128.71      Claims Discharged
                                                 Without Payment: $171,515.59

Total Expenses of Administration: $3,291.81

---

    3) Total gross receipts of $ 20,420.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,420.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,291.81 | 3,291.81 | 3,291.81 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 152,671.04 | 47,301.30 | 42,592.26 | 17,128.71 |
| **TOTAL DISBURSEMENTS** | $152,671.04 | $50,593.11 | $45,884.07 | $20,420.52 |

4) This case was originally filed under Chapter 7 on November 12, 2007. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2011          By: /s/MICHAEL G. BERLAND
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase checking-scheduled | 1129-000 | 149.83 |
| Chase Payroll account-scheduled | 1129-000 | 150.22 |
| Chase checking-scheduled | 1129-000 | 11,437.60 |
| First Chicago-scheduled | 1129-000 | 3,632.05 |
| Inventory-scheduled | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 50.82 |
| **TOTAL GROSS RECEIPTS** | | **$20,420.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bancorp | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Wholesale Furniture, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Wholesale Furniture, Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,791.81 | 2,791.81 | 2,791.81 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,291.81 | 3,291.81 | 3,291.81 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Bank Manifest Funding | 7100-000 | N/A | 19,108.14 | 19,108.14 | 7,727.30 |
| 2 | Sandberg Furniture | 7100-000 | N/A | 1,000.00 | 1,000.00 | 404.40 |
| 3 | DSA Factors | 7100-000 | 2,900.00 | 2,900.00 | 2,900.00 | 1,172.76 |
| 4 | Berkline LLC | 7100-000 | N/A | 1,263.86 | 1,263.86 | 511.10 |
| 5 | Waste Management | 7100-000 | 1,060.00 | 584.16 | 584.16 | 0.00 |
| 6 | Sterling Sleep Products | 7100-000 | N/A | 1,531.00 | 1,531.00 | 619.13 |
| 7 | Berkline/Benchcraft LLC | 7100-000 | N/A | 4,709.04 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | B B & T Factors | 7100-000 | N/A | 6,400.00 | 6,400.00 | 2,588.15 |
| 9 | American Express Bank FSB | 7100-000 | N/A | 6,493.70 | 6,493.70 | 2,626.04 |
| 10 | Daily Southtown | 7100-000 | 2,659.00 | 2,659.10 | 2,659.10 | 1,075.34 |
| 11 | Citibank (South Dakota), NA | 7100-000 | N/A | 416.07 | 416.07 | 168.26 |
| NOTFILED | Hispanic Yellow Pages C/o Clovis & Roche, Inc. | 7100-000 | 630.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Homeowner Data Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Homeowner Data Service | 7100-000 | 454.50 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Herald News | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 149.82 | N/A | N/A | 0.00 |
| NOTFILED | General Furniture Design | 7100-000 | 962.00 | N/A | N/A | 0.00 |
| NOTFILED | First Hudson Leasing | 7100-000 | 864.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank Donahue | 7100-000 | 41,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Giftcraft, Inc. | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Giftcraft, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Herald News | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Great Escape | 7100-000 | 17,344.00 | N/A | N/A | 0.00 |
| NOTFILED | Herald News | 7100-000 | 1,751.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Furniture | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Minolta Business Solutions | 7100-000 | 417.26 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Furniture | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Seahawk Designs | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Sandberg Furniture | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Seahawk Designs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | State Farm Insurance | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | WF Business Direct | 7100-000 | 20,554.00 | N/A | N/A | 0.00 |
| NOTFILED | Sterling Sleep Products | 7100-000 | 1,431.00 | N/A | N/A | 0.00 |
| NOTFILED | R.H. Donnelly | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Med. Ctr. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | R.H. Donnelly | 7100-000 | 13,010.00 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card | 7100-000 | 6,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Michaels & Company | 7100-000 | 2,236.00 | N/A | N/A | 0.00 |
| NOTFILED | Morris Daily Herald | 7100-000 | 530.24 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Furniture | 7100-000 | unknown | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Provena St. Joseph Med. Ctr. | 7100-000 | 480.09 | N/A | N/A | 0.00 |
| NOTFILED | Orleans Furniture, Inc. | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Furniture | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Daily Southtown | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elegant Dinettes | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advantage by Lucky Star Ind. | 7100-000 | 3,098.72 | N/A | N/A | 0.00 |
| NOTFILED | Advantage by Lucky Star Ind. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Albany Industries | 7100-000 | 2,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Albany Industries | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Albany Industries | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express Collection Department | 7100-000 | 6,709.00 | N/A | N/A | 0.00 |
| NOTFILED | American Woodcrafters | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Woodcrafters | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Collezione Europa USA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Collezione Europa USA | 7100-000 | 610.50 | N/A | N/A | 0.00 |
| NOTFILED | Collezione Europa USA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Daily Southtown | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | E-Lease | 7100-000 | 2,323.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,851.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,772.00 | N/A | N/A | 0.00 |
| NOTFILED | Balloons Unlimited | 7100-000 | 679.00 | N/A | N/A | 0.00 |
| NOTFILED | American Woodcrafters | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Services | 7100-000 | 3,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Business Services | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Berkline LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Berkline LLC One Berkline Drive | 7100-000 | 1,244.91 | N/A | N/A | 0.00 |
| NOTFILED | E-Lease | 7100-000 | unknown | N/A | N/A | 0.00 |
| | Clerk of Bankrutpcy Court | 7100-000 | N/A | 236.23 | 236.23 | 236.23 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 152,671.04 | 47,301.30 | 42,592.26 | 17,128.71 |

**UST Form 101-7-TDR (10/1/2010)**

Case 07-21147   Doc 33   Filed 11/15/11   Entered 11/15/11 08:11:14   Desc Main
            Document      Page 7 of 14

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-21147  
**Case Name:** PRAIRIE STATE FURNITURE, INC.  
**Period Ending:** 10/20/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 11/12/07 (f)  
**§341(a) Meeting Date:** 12/20/07  
**Claims Bar Date:** 03/27/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase checking-scheduled | 161.83 | 149.83 | | 149.83 | FA |
| 2 | Chase Payroll account-scheduled | 150.22 | 150.22 | | 150.22 | FA |
| 3 | Chase checking-scheduled | 11,450.93 | 11,437.60 | | 11,437.60 | FA |
| 4 | First Chicago-scheduled | 3,747.40 | 3,632.05 | DA | 3,632.05 | FA |
| 5 | Shelving, fixtures-scheduled<br>   Covers assets 5 & 6 | 14,000.00 | 5,000.00 | DA | 0.00 | FA |
| 6 | Inventory-scheduled<br>   Covers assets 5 & 6 | 30,072.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 50.82 | Unknown |
| 7 | Assets   Totals (Excluding unknown values) | **$59,582.38** | **$25,369.70** | | **$20,420.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee liquidated certain bank accounts and other assets .A Final Report has been filed and distribution made to creditors.

**Initial Projected Date Of Final Report (TFR):**   November 30, 2011    **Current Projected Date Of Final Report (TFR):**   November 30, 2011

Printed: 10/20/2011 03:12 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-21147  
**Case Name:** PRAIRIE STATE FURNITURE, INC.  
**Taxpayer ID #:** **-***2607  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****81-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/03/08 | {1} | Chase Bank | Proceeds of bank account | 1129-000 | 149.83 | | 149.83 |
| 01/03/08 | {2} | Chase Bank | Proceeds of bank accunt | 1129-000 | 150.22 | | 300.05 |
| 01/03/08 | {4} | Chase Bank | Proceeds of bank account | 1129-000 | 3,632.05 | | 3,932.10 |
| 01/03/08 | {3} | Chase Bank | Proceeds of bank account | 1129-000 | 11,437.60 | | 15,369.70 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.51 | | 15,375.21 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.15 | | 15,378.36 |
| 03/06/08 | {6} | National City Bank | Proceeds for furniture per court order | 1129-000 | 5,000.00 | | 20,378.36 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.44 | | 20,381.80 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.84 | | 20,384.64 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.55 | | 20,387.19 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.59 | | 20,389.78 |
| 07/07/08 | 1001 | Gloria Longest | Payment for tax return preparation per court order | 3410-000 | | 500.00 | 19,889.78 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.54 | | 19,892.32 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.36 | | 19,894.68 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.61 | | 19,897.29 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.16 | | 19,899.45 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.56 | | 19,901.01 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.41 | | 19,902.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,903.23 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 19,903.98 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 19,904.84 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,905.65 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,906.43 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 19,907.29 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,908.12 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,908.95 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,909.76 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,910.57 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,911.40 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,912.23 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,913.01 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 19,913.76 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 19,914.65 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.13 | | 19,914.78 |
| 04/06/10 | | Wire out to BNYM account 9200******8165 | Wire out to BNYM account 9200******8165 | 9999-000 | -19,914.78 | | 0.00 |

Subtotals :   $500.00   $500.00

{} Asset reference(s)

Printed: 10/20/2011 03:12 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-21147  
**Case Name:** PRAIRIE STATE FURNITURE, INC.  

**Taxpayer ID #:** **-***2607  
**Period Ending:** 10/20/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****81-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 500.00 | 500.00 | $0.00 |
| | | | Less: Bank Transfers | | -19,914.78 | 0.00 | |
| | | | **Subtotal** | | 20,414.78 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,414.78** | **$500.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-21147  
**Case Name:** PRAIRIE STATE FURNITURE, INC.

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****81-66 - Checking Account

**Taxpayer ID #:** **-***2607  
**Period Ending:** 10/20/11

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/20/2011 03:12 PM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-21147  
**Case Name:** PRAIRIE STATE FURNITURE, INC.  
**Taxpayer ID #:** **-***2607  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****81-67 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/20/2011 03:12 PM   V.12.57

Case 07-21147    Doc 33    Filed 11/15/11    Entered 11/15/11 08:11:14    Desc Main
          Document      Page 12 of 14

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 07-21147 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | PRAIRIE STATE FURNITURE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******81-65 - Money Market Account |
| Taxpayer ID #: | **-***2607 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/20/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | Wire in from JPMorgan Chase Bank, N.A. account ********8165 | 9999-000 | 19,914.78 | | 19,914.78 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.95 | | 19,915.73 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 19,916.91 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.15 | | 19,918.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 19,919.24 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 19,920.42 |
| 09/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.10 | | 19,920.52 |
| 09/20/10 | | To Account #9200******8166 | Transfer fro final distribution | 9999-000 | | 19,920.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,920.52 | 19,920.52 | $0.00 |
| | | | Less: Bank Transfers | | 19,914.78 | 19,920.52 | |
| | | | Subtotal | | 5.74 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.74** | **$0.00** | |

{} Asset reference(s)                                                                                          Printed: 10/20/2011 03:12 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-21147  
**Case Name:** PRAIRIE STATE FURNITURE, INC.  
**Taxpayer ID #:** **-***2607  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******81-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/10 | | From Account #9200******8165 | Transfer fro final distribution | 9999-000 | 19,920.52 | | 19,920.52 |
| 09/27/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,791.81, Trustee Compensation; Reference: | 2100-000 | | 2,791.81 | 17,128.71 |
| 09/27/10 | 10102 | US Bank Manifest Funding | Dividend paid 40.43% on $19,108.14; Claim# 1; Filed: $19,108.14; Reference: | 7100-000 | | 7,727.30 | 9,401.41 |
| 09/27/10 | 10103 | Sandberg Furniture | Dividend paid 40.43% on $1,000.00; Claim# 2; Filed: $1,000.00; Reference: | 7100-000 | | 404.40 | 8,997.01 |
| 09/27/10 | 10104 | DSA Factors | Dividend paid 40.43% on $2,900.00; Claim# 3; Filed: $2,900.00; Reference: | 7100-000 | | 1,172.76 | 7,824.25 |
| 09/27/10 | 10105 | Berkline LLC | Dividend paid 40.43% on $1,263.86; Claim# 4; Filed: $1,263.86; Reference: | 7100-000 | | 511.10 | 7,313.15 |
| 09/27/10 | 10106 | Waste Management | Dividend paid 40.43% on $584.16; Claim# 5; Filed: $584.16; Reference: Stopped on 12/27/10 | 7100-000 | | 236.23 | 7,076.92 |
| 09/27/10 | 10107 | Sterling Sleep Products | Dividend paid 40.43% on $1,531.00; Claim# 6; Filed: $1,531.00; Reference: | 7100-000 | | 619.13 | 6,457.79 |
| 09/27/10 | 10108 | B B & T Factors | Dividend paid 40.43% on $6,400.00; Claim# 8; Filed: $6,400.00; Reference: | 7100-000 | | 2,588.15 | 3,869.64 |
| 09/27/10 | 10109 | American Express Bank FSB | Dividend paid 40.43% on $6,493.70; Claim# 9; Filed: $6,493.70; Reference: | 7100-000 | | 2,626.04 | 1,243.60 |
| 09/27/10 | 10110 | Daily Southtown | Dividend paid 40.43% on $2,659.10; Claim# 10; Filed: $2,659.10; Reference: | 7100-000 | | 1,075.34 | 168.26 |
| 09/27/10 | 10111 | Citibank (South Dakota), NA | Dividend paid 40.43% on $416.07; Claim# 11; Filed: $416.07; Reference: | 7100-000 | | 168.26 | 0.00 |
| 12/27/10 | 10106 | Waste Management | Dividend paid 40.43% on $584.16; Claim# 5; Filed: $584.16; Reference: Stopped: check issued on 09/27/10 | 7100-000 | | -236.23 | 236.23 |
| 04/01/11 | 10112 | Clerk of Bankrutpcy Court | Payment of unpaid funds | 7100-000 | | 236.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,920.52 | 19,920.52 | $0.00 |
| | | | Less: Bank Transfers | | 19,920.52 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 19,920.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,920.52** | |

{} Asset reference(s)

Printed: 10/20/2011 03:12 PM    V.12.57

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 07-21147  
**Case Name:** PRAIRIE STATE FURNITURE, INC.  
**Taxpayer ID #:** **-***2607  
**Period Ending:** 10/20/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******81-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :        20,420.52  
Net Estate :        $20,420.52

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****81-65 | 20,414.78 | 500.00 | 0.00 |
| Checking # ***-*****81-66 | 0.00 | 0.00 | 0.00 |
| MMA # ***-*****81-67 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******81-65 | 5.74 | 0.00 | 0.00 |
| Checking # 9200-******81-66 | 0.00 | 19,920.52 | 0.00 |
|  | $20,420.52 | $20,420.52 | $0.00 |

{} Asset reference(s)

Printed: 10/20/2011 03:12 PM    V.12.57